UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

PONDEROSA ENERGY, LLC,

                Debtor.
------------------------------------------------------------x

Chapter 11

Case No. 17-_____ (___)

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, and Rule 1007-3 of the Local Rules of Bankruptcy Procedure for the Southern District of New York, GS Energy, LLC (the "**Debtor**"), the above-captioned debtor, hereby states that Ponderosa Energy Holdings, LLC owns one hundred percent (100%) percent of the membership interests in the Debtor. There are no other corporate equity holders of the Debtor holding 10% or more of the issued and outstanding shares of any class of the Debtor's equity interests. In addition, the Debtor does not own, directly or indirectly, any class of any corporation's equity interests, including any corporation whose securities are publicly traded.

Pursuant to 28 U.S.C. §1746, I, the undersigned authorized representative of the Debtor, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, with reliance upon appropriate corporate officers.

Dated: New York, New York
       December 4, 2017

                                        PONDEROSA ENERGY, LLC

                                        By: _____
                                        Name: Richard Sands
                                        Title: Managing Member