**Fill in this information to identify the case:**

Debtor name: PONDEROSA ENERGY LLC

United States Bankruptcy Court for the: SOUTHERN District of NY (State)

Case number (If known): 17-13484-SHL

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/2017 | to | Filing date | ■ Operating a business<br>☐ Other _____ | $686,552 |
| For prior year: | From 1/1/2016 | to | 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $579,474 |
| For the year before that: | From _____ | to | _____ | ☐ Operating a business<br>☐ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/2017 | to | Filing date | Hedging | $155,726 |
| For prior year: | From 1/1/2016 | to | 12/31/2016 | Hedging | $368,593 |
| For the year before that: | From _____ | to | _____ | _____ | $_____ |

Debtor __PONDEROSA ENERGY LLC_____   Case number (*if known*) __17-13484-SHL_____
      Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Ponderosa TX Operating LLC<br>Creditor's name<br>745 5th Ave., Ste 537<br>Street<br><br>New York    NY    10151<br>City    State    ZIP Code | various | $ 127,000 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other __Reimbursement to Operator__ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | SEE ATTACHED SCHEDULE<br>Insider's name<br>_____<br>Street<br>_____<br>City    State    ZIP Code<br>**Relationship to debtor**<br>_____ | _____ | $_____ | _____<br>_____<br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City    State    ZIP Code<br>**Relationship to debtor**<br>_____ | _____ | $_____ | _____<br>_____<br>_____ |

Debtor  PONDEROSA ENERGY LLC  
      Name  
Case number (*if known*) 17-13484-SHL

---

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

   | Creditor's name and address | Description of the property | Date | Value of property |
   |---|---|---|---|
   | 5.1. | | | $ |
   | 5.2. | | | $ |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|
   | | | | $ |

   Last 4 digits of account number: XXXX– __ __ __ __

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☒ None

   | Case title | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1. Case number | | | ☐ Pending ☐ On appeal ☐ Concluded |
   | 7.2. Case number | | | ☐ Pending ☐ On appeal ☐ Concluded |

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page 3

Debtor  PONDEROSA ENERGY LLC  
      Name

Case number (*if known*) 17-13484-SHL

## Part 4: Certain Gifts and Charitable Contributions

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

   | Custodian's name and address | Description of the property | Value |
   |---|---|---|
   | Custodian's name<br>Street<br>City  State  ZIP Code | _____ | $_____ |
   | | **Case title**<br>_____<br>**Case number**<br>_____<br>**Date of order or assignment**<br>_____ | **Court name and address**<br>Name<br>Street<br>City  State  ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☒ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|
   | 9.1. Recipient's name<br>Street<br>City  State  ZIP Code<br>**Recipient's relationship to debtor** | _____<br>_____ | _____ | $_____ |
   | 9.2. Recipient's name<br>Street<br>City  State  ZIP Code<br>**Recipient's relationship to debtor** | _____<br>_____ | _____ | $_____ |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☒ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
    |---|---|---|---|
    | _____<br>_____ | _____ | _____ | $_____ |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **4**

| Debtor | PONDEROSA ENERGY LLC | Case number (*if known*) 17-13484-SHL |
|---|---|---|
| | Name | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Diamond McCarthy | | 12/1/17, 12/4/17 | $ 35,000 |

**Address**

909 Fannin Street, 37th Floor
Street
Two Houston Center

| Houston | Texas | 77010 |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**

_____

**Who made the payment, if not debtor?**

Ponderosa TX Operating LLC

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |

**Address**

_____
Street
_____

| _____ | _____ | _____ |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor  PONDEROSA ENERGY LLC                              Case number (*if known*) 17-13484-SHL
        Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $_____ |
| **Address** | | | |
| _____ Street | | | |
| _____ City    State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| 13.2. _____ | _____ | _____ | $_____ |
| **Address** | | | |
| _____ Street | | | |
| _____ City    State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 745 5th Ave. STE 537<br>Street<br>New York    NY    10151<br>City    State    ZIP Code | From 7/1/2016    To present |
| 14.2. 15 Valley Drive<br>Street<br>Greenwich    CT    06831<br>City    State    ZIP Code | From 4/15/2015    To 6/30/2016 |

Debtor    PONDEROSA ENERGY LLC    Case number (*if known*) 17-13484-SHL
_____Name_____

| Part 8: | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
❑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name  _____ Street  _____ City  State  ZIP Code | _____ _____ **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ _____ | _____ **How are records kept?** *Check all that apply:* ❑ Electronically ❑ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ Facility name  _____ Street  _____ City  State  ZIP Code | _____ _____ **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ _____ | _____ **How are records kept?** *Check all that apply:* ❑ Electronically ❑ Paper |

| Part 9: | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
❑ Yes. State the nature of the information collected and retained. _____
   Does the debtor have a privacy policy about that information?
   ❑ No
   ❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
   Yes. Does the debtor serve as plan administrator?
      ❑ No. Go to Part 10.
      ❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?
❑ No
❑ Yes

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 7

| Debtor | PONDEROSA ENERGY LLC | Case number (*if known*) 17-13484-SHL |
|---|---|---|
| | Name | |

# Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name<br>_____ Street<br>_____<br>City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name<br>_____ Street<br>_____<br>City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    PONDEROSA ENERGY LLC
_____    Case number (*if known*) 17-13484-SHL
          Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____ | _____<br>_____<br>_____ | $_____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____<br>**Case number**<br>_____ | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____ | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City  State  ZIP Code | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____ | _____ |

Debtor **PONDEROSA ENERGY LLC**
Name

Case number (*if known*) 17-13484-SHL

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

---

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | DND OIL INC.<br>Name<br>745 5th Ave. STE 537<br>Street<br>NEW YORK   NY   10151<br>City   State   ZIP Code | SHELL ENTITY. NO ASSETS. | EIN: 81-4636362<br>**Dates business existed**<br>From 2016   To 2016 |
| 25.2. | BTX PRODUCTION INC.<br>Name<br>745 5th Ave. STE 537<br>Street<br>NEW YORK   NY   10151<br>City   State   ZIP Code | SHELL ENTITY. NO ASSETS. | EIN: 81-4660157<br>**Dates business existed**<br>From 2016   To 2016 |
| 25.3. | Name<br>Street<br>City   State   ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>**Dates business existed**<br>From ___   To ___ |

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 10

Debtor: PONDEROSA ENERGY LLC  
Case number (if known): 17-13484-SHL

## 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**26a.1.**
Name and address:
Ponderosa TX Operating LLC
745 Fifth Ave., Suite 537
New York, NY 10151

Dates of service: From 2016 To 2017

**26a.2.**
Name and address: [blank]

Dates of service: From ___ To ___

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**26b.1.**
Name and address:
Lilling & Company, LLP
2 Seaview Boulevard
Port Washington, NY 11050

Dates of service: From 2016 To 2017

**26b.2.**
Name and address: [blank]

Dates of service: From ___ To ___

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**26c.1.**
Name and address:
WolfePak Software, LLC
2901 South First Street
Abilene, TX 79605

If any books of account and records are unavailable, explain why: [blank]

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 11

Debtor   PONDEROSA ENERGY LLC  
　　　　Name

Case number (*if known*) 17-13484-SHL

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____ Name  <br>_____ Street  <br>_____  <br>City　　　State　　ZIP Code | _____  <br>_____  <br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

|  | Name and address |
|---|---|
| 26d.1. | _____ Name  <br>_____ Street  <br>_____  <br>City　　　State　　ZIP Code |
| 26d.2. | _____ Name  <br>_____ Street  <br>_____  <br>City　　　State　　ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No  
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| PHILIP GUNN | 12/5/2017 | $ 99,840 |

**Name and address of the person who has possession of inventory records**

27.1.  
Name: PHILIP GUNN  
Street: 310 Pinehurst St.  
City: Borger　　State: TX　　ZIP Code: 79007

Official Form 207　　**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**　　page **12**

Debtor  PONDEROSA ENERGY LLC  
      Name

Case number (*if known*) 17-13484-SHL

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

**Name and address of the person who has possession of inventory records**

27.2.  
_____  
Name  
_____  
Street  
_____  
City      State      ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Sands | 745 5th Ave., Ste 537, NY, NY 10151 | manager | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No  
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No  
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.  
See Section 4.1  
Name  
_____  
Street  
_____  
City      State      ZIP Code  
**Relationship to debtor**  
_____

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page 13

Debtor __PONDEROSA ENERGY LLC__    Case number (*if known*) __17-13484-SHL__
     Name

**Name and address of recipient**

30.2

_____
Name

_____
Street

_____

_____
City                State        ZIP Code

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☒ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☒ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/09/2018__
            MM / DD / YYYY

✗ _/s/ signature_    Printed name __RICHARD SANDS__
Signature of individual signing on behalf of the debtor

Position or relationship to debtor __MANAGER__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**Ponderosa Energy LLC**
Form 207
Part 2: Transfers before Bankruptcy
4. Benefit to Insider

| Name and Address | Dates | Amount | Reason | Relationship |
|---|---|---|---|---|
| Casimir Capital L.P.<br>15 Valley Drive<br>Greenwich, CT 06831 | Various Dates | $8,999.14 | Reimbursement for Travel | Common Ownership |
| Casimir Resource Advisors LLC<br>15 Valley Drive<br>Greenwich, CT 06831 | Various Dates | $145,000.00 | Payment for Services | Common Ownership |
| Ponderosa TX Operating LLC<br>745 Fifth Ave., Suite 537<br>New York, NY 10151 | Various Dates | $531,000.00 | Reimbursement for Operations | Common Ownership |
| Ponderosa-State Energy LLC<br>745 Fifth Ave., Suite 537<br>New York, NY 10151 | Various Dates | $770,000.00 | Debtor used as a conduit for investment | Common Ownership |

# GLOBAL NOTES AND DISCLAIMER
# REGARDING DEBTORS' SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities and the Statement of Financial Affairs (collectively, the "Schedules and Statements") filed by Ponderosa Energy, LLC and GS Energy, LLC, as debtors and debtors in possession (together, the "Debtors"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), were prepared pursuant to section 521 of title 11, United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure, and are unaudited and based upon the information made available to Richard Sands, as the manager of the Debtors (the "Manager").

While the Manger has made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information made available to him by the Debtors' employees, agents, consultants and professionals, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statements that may warrant amendment of the Schedules and Statements.

Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete and accurate. The Debtors and the Manager reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate. These Global Notes and Disclaimer Regarding Debtors' Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprises an integral part of, the Schedules and Statements and should be referred to and reviewed in connection with any review of the Schedules and Statements.

**1. Information Regarding Liabilities.** Except as otherwise noted, all asset and liability information is as of the date of filing the chapter 11 petitions. The Debtors and the Manager have made every reasonable effort to determine the amount of each Debtor's liabilities based on the information and research conducted in connection with the preparation of the Schedules and Statements.

**2. Amendments**. The Debtors and the Manager reserve their right to amend the Schedules and Statements in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, to liability, or to classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."

**3. Estimates and Assumptions**. The preparation of the Schedules and Statements requires the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the reporting period. Actual results or recoveries could differ from those estimates.

**4. Unknown Amounts**. Some of the scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown." Accordingly, the Schedules and Statements do not accurately reflect the aggregate amount of the Debtor's liabilities.

**5. Basis of Presentation**. These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtors.

**6. Asset Values**. It would be prohibitively expensive, unduly burdensome and time consuming to obtain current market valuations of the Debtors' property interests, and potentially affirmative claims, if any. Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, net book values rather than current market values of the Debtors' property interests, if any, are reflected in the applicable Schedule or Statement.

**7. Setoff or Recoupment Rights**. Each Debtor has not included on its Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor or inchoate statutory lien rights. Such counterparties, if any and if known to the applicable Debtor, have been listed on Schedule F.

**8. Executory Contracts and Unexpired Leases/Schedule G**. While the Debtors and the Manager have made efforts to identify executory contracts and unexpired leases, the Debtors and the Manager do not believe that the Debtors are parties to any such contracts. Inadvertent errors or omissions may have occurred with respect to characterizing contracts and leases and as "executory contracts" and "unexpired leases" as such terms are used in the Bankruptcy Code. The Debtors and the Manager hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases the Debtors are parties to and to supplement Schedule G as necessary. Additionally, the Debtors are parties to agreements concerning real property including oil and gas leases which are not set forth on Schedule G, but instead set forth in Schedule A/B as real property. The failure to present a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is not an executory contract or unexpired lease. The Debtors reserve all of their rights, claims and causes of action with respect to any contracts and agreements it is a party to, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

**9. Books and Records**. In preparing the Statements, the Manager relied entirely on the books and records maintained by the Debtors' employees, consultants and professionals.