**Fill in this information to identify the case:**

Debtor name: GS ENERGY LLC

United States Bankruptcy Court for the: SOUTHERN District of NY
(State)

Case number (If known): 17-13485-SHL

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**   $ 0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Signature Bank | checking ####1744 | ____ ____ ____ ____ | $ 6,891 |
   | 3.2. _____ | _____ | ____ ____ ____ ____ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $ 0
   4.2. _____   $ _____

5. **Total of Part 1**   $ 6,891

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $ _____
   7.2. _____   $ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   8.1. _____  $_____
   8.2. _____  $_____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.          $_____

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

                                                    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    57,185              –   _____   = ........→   $ 57,185
                                 face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____   = ........→   $ _____
                              face amount              doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ 57,185

## Part 4: Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                    **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:
    14.1. _____  _____   $_____
    14.2. _____  _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:
    15.1. _____  _____%   _____   $_____
    15.2. _____  _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1. _____  _____   $_____
    16.2. _____  _____   $_____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.         $_____

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☐ No. Go to Part 6.
    - ■ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** Oil produced | 12/5/2017 | 1,693 barrels | 57.62 less $4.00 per barrel | $90,778 |

23. **Total of Part 5**    $90,778

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ■ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ■ No
    - ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ■ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page **3**

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**
    - ❏ No
    - ❏ Yes. Is any of the debtor's property stored at the cooperative?
        - ❏ No
        - ❏ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ❏ No
    - ❏ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ❏ No
    - ❏ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ❏ No
    - ❏ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    - ■ No. Go to Part 8.
    - ❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - ❏ No
    - ❏ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ❏ No
    - ❏ Yes

Debtor  GS ENERGY LLC _____  Case number (*if known*) 17-13485-SHL
        Name

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    - ☐ No. Go to Part 9.
    - ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____  $_____  _____  $_____
    47.2 _____  $_____  _____  $_____
    47.3 _____  $_____  _____  $_____
    47.4 _____  $_____  _____  $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____  $_____  _____  $_____
    48.2 _____  $_____  _____  $_____

49. **Aircraft and accessories**

    49.1 _____  $_____  _____  $_____
    49.2 _____  $_____  _____  $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    Various Oil and Gas Equipment _____  $_____  _____  $ Unknown

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                              $ Unknown

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☐ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Oil and Gas leases, property | _____ | $_____ | _____ | $ unknown |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**  $ unknown
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☒ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☒ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**  $_____
    Add lines 60 through 65. Copy the total to line 89.

Debtor  GS ENERGY LLC _____    Case number (*if known*) 17-13485-SHL_____
      Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ❏ No
    - ❏ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ❏ No
    - ❏ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ❏ No
    - ❏ Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ■ No. Go to Part 12.
    - ❏ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____  _____ − _____ = → $_____
                       Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____  Tax year _____  $_____
    _____  Tax year _____  $_____
    _____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**
    _____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____  $_____
    **Nature of claim**  _____
    **Amount requested**  $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____  $_____
    **Nature of claim**  _____
    **Amount requested**  $_____

76. **Trusts, equitable or future interests in property**
    _____  $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
    _____  $_____
    _____  $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.  $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ■ No
    - ❏ Yes

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page **7**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $6,891 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $57,185 | |
| 83. **Investments.** Copy line 17, Part 4. | $ | |
| 84. **Inventory.** Copy line 23, Part 5. | $90,778 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ unknown | |
| 88. **Real property.** Copy line 56, Part 9. ................➔ | | $ unknown |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column............. 91a. | $154,854 | + 91b. $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................... $154,854 ***

**Fill in this information to identify the case:**

Debtor name: GS ENERGY LLC

United States Bankruptcy Court for the: SOUTHERN District of NY
(State)

Case number (If known): 17-13485-SHL

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**2.1 Creditor's name**
PPF 3 LLC

**Creditor's mailing address**
400 N. ST. PAUL, STE 505
DALLAS, TX 75201

**Creditor's email address, if known**

**Date debt was incurred** 12/2/2016
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
Oil and gas property

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ unknown    $ unknown

**2.2 Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of ___

**Fill in this information to identify the case:**

Debtor      GS ENERGY LLC _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number    17-13485-SHL _____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** <br> _____ <br> _____ <br> _____ <br> **Date or dates debt was incurred** <br> _____ <br> **Last 4 digits of account number**  ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** <br> _____ <br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $_____ | $_____ |
| **2.2** **Priority creditor's name and mailing address** <br> _____ <br> _____ <br> _____ <br> **Date or dates debt was incurred** <br> _____ <br> **Last 4 digits of account number**  ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** <br> _____ <br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $_____ | $_____ |
| **2.3** **Priority creditor's name and mailing address** <br> _____ <br> _____ <br> _____ <br> **Date or dates debt was incurred** <br> _____ <br> **Last 4 digits of account number**  ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** <br> _____ <br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $_____ | $_____ |

Debtor GS ENERGY LLC _____ Case number (*if known*) 17-13484-SHL
  Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
SCHEDULE ATTACHED
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 633,661

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
_____
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
_____
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
_____
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
_____
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
_____
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| | | |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. + | $ 633,752 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 633,752 |

**Fill in this information to identify the case:**

Debtor name: GS ENERGY LLC

United States Bankruptcy Court for the: SOUTHERN District of NY (State)

Case number (If known): 17-13485-SHL

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | PONDEROSA TX OPERATING LLC | 745 5th Ave., Ste 537 (Street) / New York, NY 10151 | various | ☐ D  ■ E/F  ☐ G |
| 2.2 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.5 | | | | ☐ D  ☐ E/F  ☐ G |
| 2.6 | | | | ☐ D  ☐ E/F  ☐ G |

Official Form 206H                Schedule H: Codebtors                page 1 of ___

**Fill in this information to identify the case:**

Debtor name: __GS ENERGY LLC__

United States Bankruptcy Court for the: __SOUTHERN__ District of __NY__ (State)

Case number (If known): __17-13485-SHL__

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals                                12/15

## Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $ __unknown__

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................... $ __154,854__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $ __154,854__ ***

## Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............. $ __unknown__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ _____

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ + $ __632,661__

4. **Total liabilities**...................................................................................................................................  $ __632,661__ ***
    Lines 2 + 3a + 3b

Official Form 206Sum              Summary of Assets and Liabilities for Non-Individuals              page 1

**GS Energy LLC**
Form 206 E/F
Part 2: Creditors with NONPRIORITY Unsecured claims

| | Name of Creditor | Point of Contact (Name) | Phone (Direct) | Phone (Mobile) | Email Address | Nature of Claim | Contingent, Unliquidated or isputed | Total Claim | Deduction for Value of colateral | Unsecured Claim | As of Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Anderson Roustabout & C | Judy Anderson | | | andersonconstruction292@gmail.com | Oil field services | | $ 73,153.70 | | | 12/1/2017 |
| 2 | B&G Electric | Alan Thompson | 806-665-4418 | | alan.thompson@bgelectric.us | Oil field services | | $ 8,698.07 | | | 11/1/2017 |
| 3 | Beagle Steam Service | Connie Gadbois | 806-878-2106 | | beaglesteamservice@gmail.com | Oil field services | | $ 588.29 | | | 10/27/2017 |
| 4 | Brown and Fortunato | Patrick Weir | 806-345-6357 | 806-206-6989 | patrick.weir@uwlaw.com | Outstanding Legal Bill | | $ 4,664.50 | | | 9/1/2017 |
| 5 | Charlies Machine & Welding | | 806-274-5558 | | | Oil field services | | $ 550.91 | | | 7/31/2017 |
| 6 | CRL | Leon Roberts | 806-664-2646 | | lroberts@crlpump.com | Oil field services | | $ 1,639.71 | | | 11/30/2017 |
| 7 | Dykema | Jeffery Fine | 214-462-6455 | | jfine@dykema.com | Outstanding Legal Bill | | $ 40,523.00 | | | 9/27/2017 |
| 8 | Kel-Tech, A Claiant Comp | Pooja Panchal | 312-843-5330 | | pooja.panchal@clariant.com | Oil field services | | $ 3,706.09 | | | 12/4/2017 |
| 9 | Kiki's Services LLC | Margarita Lujan | 806-886-1308 | | margarita.kikisservices@hotmail.com | Oil field services | | $ 682.90 | | | 10/30/2017 |
| 10 | Lilling and Company | Tom Sherwood | 516-829-1099 | | tsherwood@lillingcpa.com | Accounting Services | | $ 10,000.00 | | | 11/30/2017 |
| 11 | M&M Auto Parts | Julie McMury | 806-273-3781 | | mcmjulie@swbell.net | Auto parts and services | | $ 853.41 | | | 11/30/2017 |
| 12 | Philip Gunn | Philip Gunn | 806-898-8840 | | pgunn2@yahoo.com ; pgunn2@icloud.com | Oil on hand, Trucks, Yard, Field office | | $ 100,000.00 | | | 12/3/2017 |
| 13 | Philip Gunn | Philip Gunn | 806-898-8841 | | pgunn2@yahoo.com ; pgunn2@icloud.com | Outstanding Employee Expenses | | $ 12,657.18 | | | 11/30/2017 |
| 14 | Philip Gunn | Philip Gunn | 806-898-8841 | | pgunn2@yahoo.com ; pgunn2@icloud.com | Bill Schedule | | $ 361,130.30 | | | 11/8/2017 |
| 15 | Tascosa Land Resources | Rob Mckay | 806-379-0385 | | Rob.McKay@uwlaw.com | Title Curative | | $ 2,175.49 | | | 8/23/2017 |
| 16 | Underwood Law Firm, P.C | Rob Mckay | 806-379-0385 | | Rob.McKay@uwlaw.com | Outstanding Legal Bill | | $ 4,506.25 | | | 8/23/2017 |
| 17 | Xcel Energy | Greg Pereida | 806-640-5119 | | Gregorio.C.Pereida@xcelenergy.com | Outstanding Electric Bill | | $ 7,131.46 | | | 11/24/2017 |
| 18 | Rita Blanca Electric Cooper | Dawn Stephens | 806-249-4506 | | rbecdls@xit.net | Outstanding Electric Bill | | $ 1,091.37 | | | 11/30/2017 |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| | | | | | | Total | | $ 633,752.63 | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/09/2018                    ✗ _/s/ MM_____
MM / DD / YYYY                                 Signature of individual signing on behalf of debtor

                                               Richard Sands
                                               _____
                                               Printed name

                                               Manager
                                               _____
                                               Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**GLOBAL NOTES AND DISCLAIMER**
**REGARDING DEBTORS' SCHEDULES AND STATEMENTS**

The Schedules of Assets and Liabilities and the Statement of Financial Affairs (collectively, the "Schedules and Statements") filed by Ponderosa Energy, LLC and GS Energy, LLC, as debtors and debtors in possession (together, the "Debtors"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), were prepared pursuant to section 521 of title 11, United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure, and are unaudited and based upon the information made available to Richard Sands, as the manager of the Debtors (the "Manager").

While the Manger has made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information made available to him by the Debtors' employees, agents, consultants and professionals, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statements that may warrant amendment of the Schedules and Statements.

Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete and accurate. The Debtors and the Manager reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate. These Global Notes and Disclaimer Regarding Debtors' Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprises an integral part of, the Schedules and Statements and should be referred to and reviewed in connection with any review of the Schedules and Statements.

**1. Information Regarding Liabilities.** Except as otherwise noted, all asset and liability information is as of the date of filing the chapter 11 petitions. The Debtors and the Manager have made every reasonable effort to determine the amount of each Debtor's liabilities based on the information and research conducted in connection with the preparation of the Schedules and Statements.

**2. Amendments**. The Debtors and the Manager reserve their right to amend the Schedules and Statements in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, to liability, or to classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."

**3. Estimates and Assumptions**. The preparation of the Schedules and Statements requires the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the reporting period. Actual results or recoveries could differ from those estimates.

GLOBAL NOTES                                                                                                          PAGE 1

**4. Unknown Amounts**. Some of the scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown." Accordingly, the Schedules and Statements do not accurately reflect the aggregate amount of the Debtor's liabilities.

**5. Basis of Presentation**. These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtors.

**6. Asset Values**. It would be prohibitively expensive, unduly burdensome and time consuming to obtain current market valuations of the Debtors' property interests, and potentially affirmative claims, if any. Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, net book values rather than current market values of the Debtors' property interests, if any, are reflected in the applicable Schedule or Statement.

**7. Setoff or Recoupment Rights**. Each Debtor has not included on its Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor or inchoate statutory lien rights. Such counterparties, if any and if known to the applicable Debtor, have been listed on Schedule F.

**8. Executory Contracts and Unexpired Leases/Schedule G**. While the Debtors and the Manager have made efforts to identify executory contracts and unexpired leases, the Debtors and the Manager do not believe that the Debtors are parties to any such contracts. Inadvertent errors or omissions may have occurred with respect to characterizing contracts and leases and as "executory contracts" and "unexpired leases" as such terms are used in the Bankruptcy Code. The Debtors and the Manager hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases the Debtors are parties to and to supplement Schedule G as necessary. Additionally, the Debtors are parties to agreements concerning real property including oil and gas leases which are not set forth on Schedule G, but instead set forth in Schedule A/B as real property. The failure to present a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is not an executory contract or unexpired lease. The Debtors reserve all of their rights, claims and causes of action with respect to any contracts and agreements it is a party to, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

**9. Books and Records**. In preparing the Statements, the Manager relied entirely on the books and records maintained by the Debtors' employees, consultants and professionals.