# EXHIBIT A

# Ponderosa TX Operating LLC's Invoices

17-13484-shl    Doc 88-1    Filed 04/17/18    Entered 04/17/18 11:25:16    Exhibit A - Ponderosa TX Operating LLCs Invoices    Pg 1 of 6

Ponderosa TX Operating LLC
1201 N. Price Road
Pampa, TX 79065

Invoice

December 2017

TO
Ponderosa Energy LLC & GS Energy LLC
745 Fifth Avenue, Suite 537
New York, NY 10151
646-768-4284

| Description | Total |
|---|---|
| Debtors Corporate payroll now being paid by Ponderosa TX Operating LLC | $14,700.00 |

Total    $14,700.00

Make all checks payable to Ponderosa TX Operating LLC

Thank you for your business!

Ponderosa TX Operating LLC  1201 N Price Road, Pampa, TX 79065

Ponderosa TX Operating LLC
1201 N. Price Road
Pampa, TX 79065

January 2018

TO  Ponderosa Energy LLC & GS Energy LLC
745 Fifth Avenue, Suite 537
New York, NY 10151
646-768-4284

| Description | Total |
|---|---|
| Debtors Corporate payroll now being paid by Ponderosa TX Operating LLC | $14,700.00 |

Total    $14,700.00

Make all checks payable to Ponderosa TX Operating LLC
Thank you for your business!

Ponderosa TX Operating LLC  1201 N Price Road  Pampa, TX 79065

Ponderosa TX Operating LLC
1201 N. Price Road
Pampa, TX 79065

February 2018

TO  Ponderosa Energy LLC & GS Energy LLC
745 Fifth Avenue, Suite 537
New York, NY 10151
646-768-4284

| Description | Total |
|---|---|
| Debtors Corporate payroll now being paid by Ponderosa TX Operating LLC | $14,700.00 |
| Total | $14,700.00 |

Make all checks payable to Ponderosa TX Operating LLC
*Thank you for your business!*

Ponderosa TX Operating LLC  1201 N Price Road  Pampa, TX 79065

Ponderosa TX Operating LLC
1201 N. Price Road
Pampa, TX 79065

March 2018

TO  Ponderosa Energy LLC & GS Energy LLC
745 Fifth Avenue, Suite 537
New York, NY 10151
646-768-4284

| Description | Total |
|---|---|
| Debtors Corporate payroll now being paid by Ponderosa TX Operating LLC | $14,700.00 |
| Total | $14,700.00 |

Make all checks payable to Ponderosa TX Operating LLC

Thank you for your business!

Ponderosa TX Operating LLC  1201 N Price Road, Pampa, TX 79065

Ponderosa TX Operating LLC
1201 N. Price Road
Pampa, TX 79065

April 2018

TO  Ponderosa Energy LLC & GS Energy LLC
745 Fifth Avenue, Suite 537
New York, NY 10151
646-768-4284

| Description | Total |
|---|---|
| Debtors Corporate payroll now being paid by Ponderosa TX Operating LLC | $14,700.00 |
| Total | $14,700.00 |

Make all checks payable to Ponderosa TX Operating LLC
*Thank you for your business!*

Ponderosa TX Operating LLC  1201 N. Price Road, Pampa, TX 79065