# EXHIBIT B

# Casimir Resource Advisors, LLC's

# Invoices

# Invoice 

**CASIMIR RESOURCE ADVISORS**
15 Valley Drive
Greenwich, CT 06831

| Date | Invoice # |
|---|---|
| 12/31/2017 | 38 |

| Bill To |
|---|
| Ponderosa Energy, LLC & GS Energy LLC<br>745 Fifth Ave., Suite 537<br>New York, NY 10151 |

| Description | Currency | Amount |
|---|---|---|
| Debtors Financial consulting services - Dec 2017 | | 7,250.00 |
| | **Total** | **$7,250.00** |

WIRE INSTRUCTIONS ARE AS FOLLOWS:

Bank: Signature Bank, NY
261 Madison Ave.
New York, NY 10036

SWIFT CODE: SIGNUS33
ABA #: 026013576

Account: Casimir Resource Advisors, LLC
15 Valley Drive

Greenwich, CT 06831

Account #: 1501392789

For tracking purposes, please send an e-mail with the name of the bank which will be initiating the transfer to William Poon(wpoon@casimircapital.com).

# Invoice

**CASIMIR RESOURCE ADVISORS**
15 Valley Drive
Greenwich, CT 06831

| Date | Invoice # |
|---|---|
| 1/15/2018 | 39 |

**Bill To**

Ponderosa Energy, LLC & GS Energy LLC
745 Fifth Ave., Suite 537
New York, NY 10151

| Description | Currency | Amount |
|---|---|---|
| Debtors Financial consulting services - Jan 2018 | | 7,250.00 |
| **Total** | | **$7,250.00** |

WIRE INSTRUCTIONS ARE AS FOLLOWS:

Bank:    Signature Bank, NY
         261 Madison Ave.
         New York, NY 10036

SWIFT CODE:  SIGNUS33
ABA #:       026013576

Account:     Casimir Resource Advisors, LLC
             15 Valley Drive

             Greenwich, CT 06831

Account #:   1501392789

For tracking purposes, please send an e-mail with the name of the bank which will be initiating the transfer to William Poon(wpoon@casimircapital.com).

# Invoice

**CASIMIR RESOURCE ADVISORS**
15 Valley Drive
Greenwich, CT 06831

| Date | Invoice # |
|---|---|
| 2/15/2018 | 40 |

**Bill To**
Ponderosa Energy, LLC & GS Energy LLC
745 Fifth Ave., Suite 537
New York. NY 10151

| Description | Currency | Amount |
|---|---|---|
| Debtors Financial consulting services -Feb 2018 | | 7,250.00 |

**Total** $7,250.00

WIRE INSTRUCTIONS ARE AS FOLLOWS:

Bank:       Signature Bank, NY
            261 Madison Ave.
            New York, NY 10036

SWIFT CODE:  SIGNUS33
ABA #:       026013576

Account:    Casimir Resource Advisors, LLC
            15 Valley Drive

            Greenwich, CT 06831

Account #:  1501392789

For tracking purposes, please send an e-mail with the name of the bank which will be initiating the transfer to William Poon(wpoon@casimircapital.com).

# Invoice

**CASIMIR RESOURCE ADVISORS**
15 Valley Drive
Greenwich, CT 06831

| Date | Invoice # |
|---|---|
| 3/15/2018 | 41 |

**Bill To**

Ponderosa Energy, LLC & GS Energy LLC
745 Fifth Ave., Suite 537
New York, NY 10151

| Description | Currency | Amount |
|---|---|---|
| Debtors Financial consulting services - Mar 2018 | | 7,250.00 |
| **Total** | | **$7,250.00** |

WIRE INSTRUCTIONS ARE AS FOLLOWS:

Bank:   Signature Bank, NY
        261 Madison Ave.
        New York, NY 10036

SWIFT CODE:  SIGNUS33
ABA #:       026013576

Account:   Casimir Resource Advisors, LLC
           15 Valley Drive

           Greenwich, CT 06831

Account #:   1501392789

For tracking purposes, please send an e-mail with the name of the bank which will be initiating the transfer to William Poon(wpoon@casimircapital.com).

# Invoice

**CASIMIR RESOURCE ADVISORS**
15 Valley Drive
Greenwich, CT 06831

| Date | Invoice # |
|---|---|
| 4/9/2018 | 42 |

**Bill To**

Ponderosa Energy, LLC & GS Energy LLC
745 Fifth Ave., Suite 537
New York, NY 10151

| Description | Currency | Amount |
|---|---|---|
| Debtors Financial consulting services - April 2018 | | 7,250.00 |
| **Total** | | **$7,250.00** |

WIRE INSTRUCTIONS ARE AS FOLLOWS:

Bank:       Signature Bank, NY
            261 Madison Ave.
            New York, NY 10036

SWIFT CODE:  SIGNUS33
ABA #:       026013576

Account:    Casimir Resource Advisors, LLC
            15 Valley Drive

            Greenwich, CT 06831

Account #:  1501392789

For tracking purposes, please send an e-mail with the name of the bank which will be initiating the transfer to William Poon(wpoon@casimircapital.com).