DIAMOND McCARTHY LLP
Allan B. Diamond, Esq.
489 Fifth Avenue, 21st Floor
New York, NY 10017
Tel: (212) 430-5400
Fax: (212) 430-5499

Christopher R. Murray, Esq.
Charles M. Rubio, Esq.
909 Fannin Street, 37th Floor
Houston, Texas 77010
Tel: (713) 333-5100
Fax: (713) 333-5199

*Counsel for Ponderosa*
*Energy LLC and GS Energy LLC,*
*Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

In re:

PONDEROSA ENERGY, LLC and
GS ENERGY, LLC

                           Debtors.

Chapter 11
Case No. 17-13484-SHL
(Jointly Administered)

-------------------------------------------------------- x

## REPORT ON BALLOTING

Ponderosa Energy, LLC and GS Energy, LLC (the "Debtors"), hereby submit their Report on Balloting relating to confirmation of the Debtors' Combined Disclosure Statement and Plan of Liquidation filed by the Debtors on June 15, 2018 [ECF No. 98] (the "Plan"). A hearing on confirmation of the Plan is scheduled for August 1, 2018, at 11:00 a.m.

The Plan divides claims and interests into the following classes:

      **Class 1 – Secured Claims** – Class 1 is not impaired and is therefore deemed to accept the Plan.

**Class 2 – Priority Unsecured Claims** – Class 2 is impaired and entitled to vote on the Plan; however, there are no creditors in Class 2.

**Class 3 – General Unsecured Claims** – Class 3 is impaired and entitled to vote on the Plan.  One vote was received from Class 3 claimants as follows:

CRL Pump & Supply in the amount of $4,955.55 – ACCEPT

Accordingly, Class 3 has voted to accept the plan by 100% vote.

**Class 4 – Membership Interests** – Class 4 is impaired but not entitled to vote on the Plan.  Class 4 is deemed to reject the Plan.

Pursuant to the above ballot report, Class 3 voted in favor of the Plan.  Accordingly, the Plan should be confirmed pursuant to Section 1129 of the Bankruptcy Code.

Dated: New York, New York
July 27, 2018

Respectfully submitted,

DIAMOND McCARTHY LLP

*/s/ Charles M. Rubio*
Charles M. Rubio
Christopher R. Murray
909 Fannin, Suite 3700
Houston, TX 77010
(713) 333-5100
crubio@diamondmccarthy.com
cmurray@diamondmccarthy.com

Allan B. Diamond
489 Fifth Avenue, 21st Floor
New York, NY 10017
(212) 439-5400
adiamond@diamondmccarthy.com

*Counsel for Ponderosa
Energy LLC and GS Energy LLC,
Debtors and Debtors-in-Possession*