DIAMOND McCARTHY LLP
Allan B. Diamond, Esq.
489 Fifth Avenue, 21st Floor
New York, NY 10017
Tel: (212) 430-5400
Fax: (212) 430-5499

Christopher R. Murray, Esq.
Charles M. Rubio, Esq.
909 Fannin Street, 37th Floor
Houston, Texas 77010
Tel: (713) 333-5100
Fax: (713) 333-5199

*Counsel for Ponderosa*
*Energy LLC and GS Energy LLC,*
*Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| PONDEROSA ENERGY, LLC and | Case No. 17-13484-SHL |
| GS ENERGY, LLC | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------x

# NOTICE OF OCCURRENCE OF EFFECTIVE DATE
## OF DEBTOR'S CHAPTER 11 PLAN OF LIQUIDATION

**PLEASE TAKE NOTICE** that on August 23, 2018, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Confirmation Order") [Dkt. No. 130] confirming the Debtors' Combined Disclosure Statement and Plan of Liquidation (the "Plan") [Dkt. No. 98].[1]

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan

**PLEASE TAKE FURTHER NOTICE** that on October 1, 2018, the Effective Date under the Plan occurred with respect to the Plan.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article VI.O. of the Plan:

(a)     the Confirmation Order has become final and non-appealable; and

(b)     all Allowed Administrative Claims (excluding administrative claims of Professionals), Class 1 Claims and Class 2 Claims have been paid from the Available Cash.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article IV.B. of the Plan that effective October 1, 2018 the Chapman Properties were assigned to Ponderosa TX Operating, LLC.

Dated: New York, New York
October 16, 2018

Respectfully submitted,

DIAMOND McCARTHY LLP

*/s/ Charles M. Rubio*
Charles M. Rubio
Christopher R. Murray
909 Fannin, Suite 3700
Houston, TX 77010
(713) 333-5100
crubio@diamondmccarthy.com
cmurray@diamondmccarthy.com

Allan B. Diamond
489 Fifth Avenue, 21st Floor
New York, NY 10017
(212) 430-5400
adiamond@diamondmccarthy.com

*Counsel to Debtors and Debtors-In-Possession*