UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:

    PONDEROSA ENERGY, LLC and
    GS ENERGY, LLC

                                 Debtors.

------------------------------------------------------------ x

Chapter 11
Case No. 17-13484-SHL
(Jointly Administered)

**ORDER GRANTING
DEBTORS' MOTION FOR (A) EXPEDITED CONSIDERATION
AND (B) TO SHORTEN NOTICE PERIOD
PURSUANT TO BANKRUPTCY RULES 2002(a) AND 9006(c)**

Upon the Motion[1], dated March 14, 2019, of Ponderosa Energy, LLC and GS Energy, LLC (the "Debtors"), the Debtors requested that the Court consider the Debtors' *Motion to Close Chapter 11 Cases Pursuant to 11 U.S.C. §350(a) and Bankruptcy Rule 3022* (the "Final Decree Motion") on an expedited basis.

**ORDERED** that the Motion is hereby granted as provided herein; and it is further

**ORDERED** that the Final Decree Motion may be presented to this Court on March 27, 2019 upon seven-day notice has been duly given to (i) the Office of the United States Trustee for the Southern District of New York; (ii) all creditors and other parties set forth on the Debtors' Schedules and Creditor Matrix maintained in this case; and (iii) all other parties required to receive notice of this Motion pursuant to Bankruptcy Rule 2002; and it is further

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

**ORDERED** that the objection deadline for the Final Decree Motion is March 26, 2019 at 5:00 p.m. (Eastern Time).

Dated: New York, New York

March 19, 2019

                                                 ***/s/ Sean H. Lane***
                                                 HONORABLE SEAN H. LANE,
                                                 UNITED STATES BANKRUPTCY JUDGE